UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
KONSTANTINOS PAPANIKOLAOU,

                                  Plaintiff,

                              Case No. 26 CV 00532 (JMA) (ST)

       -against-

G.P.K. RESTAURANT ENTERPRISES CORP. d/b/a
SEVEN SEAS RESTAURANT, G.P.K RESTAURANT
ENTERPRISES CORP. d/b/a PAROS GRILLE and
DEMETRIOS TSOLIS,

                                Defendants.
----------------------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

       Pursuant to Federal Rules of Civil Procedure 7.1 to enable Judges and Magistrate Judges of the court to evaluate possible disqualifications or recusal, the undersigned counsel of record for G.P.K RESTAURANT ENTERPRISES CORP. d/b/a and SEVEN SEAS RESTAURANT, G.P.K RESTAURANT ENTERPRISES CORP. d/b/a PAROS GRILLE ("**DEFENDANTS**"), certifies that the Plaintiff does not have corporate parents, subsidiaries or affiliates which are publicly held.

Dated: New York, New York
       February 17, 2026

                                **MORRISON TENENBAUM PLLC**

                           By:_____
                               Lawrence Morrison
                               87 Walker Street, Floor 2
                               New York, New York 10013
                               Tel.: (212) 620-0938 x1002
                               lmorrison@m-t-law.com