Lawrence Morrison, Esq.
MORRISON TENENBAUM PLLC
*Counsel to Defendants*
87 Walker Street, Floor 2
New York, New York 10013
212-620-0938 x 1002

I**N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION**

| | |
|---|---|
| KONSTANTINOS PAPANIKOLAOU,<br><br>          Plaintiff,<br><br>-against-<br><br>G.P.K. RESTAURANT ENTERPRISES CORP. d/b/a SEVEN SEAS RESTAURANT, G.P.K. RESTAURANT ENTERPRISES CORP. d/b/a PAROS GRILLE and DEMITRIOS TSOLIS,<br><br>          Defendants. | Case No. 26 CV 00532 (JMA) (ST)<br><br>**ANSWER TO<br>CLASS COLLECTIVE<br><u>ACTION COMPLAINT</u>** |

Defendants G.P.K. Restaurant Enterprises Corp. d/b/a Seven Seas Restaurant, G.P.K. Restaurant Enterprises Corp. d/b/a Paros Grille and Demitrios Tsolis (the "**Defendants**") respectfully answer the Class and Collective Action Complaint (the "**Complaint**"*)* as follows:

## INTRODUCTION

1. Defendants neither admit nor deny the allegations set forth in Paragraph 1 of the Complaint.

2. Defendants deny the allegations set forth in Paragraph 2 of the Complaint.

3. Defendants deny the allegations set forth in Paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4. Defendants deny the allegations set forth in Paragraph 4 of the Complaint.

5. Defendants deny the allegations set forth in Paragraph 5 of the Complaint.

6. Defendants deny the allegations set forth in Paragraph 6 of the Complaint.

7. Defendants deny the allegations set forth in Paragraph 7 of the Complaint.

8. Defendants neither admit nor deny the allegations set forth in Paragraph 8 of the Complaint.

## PARTIES

9. Defendants deny the allegations set forth in Paragraph 9 of the Complaint.

10. Defendants deny the allegations set forth in Paragraph 10 of the Complaint.

11. Defendants deny the allegations set forth in Paragraph 11 of the Complaint.

12. Defendants deny the allegations set forth in Paragraph 12 of the Complaint.

13. Defendants deny the allegations set forth in Paragraph 13 of the Complaint.

14. Defendants deny the allegations set forth in Paragraph 14 of the Complaint.

15. Defendants deny the allegations set forth in Paragraph 15 of the Complaint.

16. Defendants deny the allegations set forth in Paragraph 16 of the Complaint.

## STATEMENT OF FACTS

17. Defendants deny the allegations set forth in Paragraph 17 of the Complaint.

18. Defendants deny the allegations set forth in Paragraph 18 of the Complaint.

19. Defendants deny the allegations set forth in Paragraph 19 of the Complaint.

20. Defendants deny the allegations set forth in Paragraph 20 of the Complaint.

21. Defendants deny the allegations set forth in Paragraph 21 of the Complaint.

22. Defendants deny the allegations set forth in Paragraph 22 of the Complaint.

23. Defendants deny the allegations set forth in Paragraph 23 of the Complaint.

24. Defendants deny the allegations set forth in Paragraph 24 of the Complaint.

25. Defendants deny the allegations set forth in Paragraph 25 of the Complaint.

26. Defendants deny the allegations set forth in Paragraph 26 of the Complaint.

27. Defendants deny the allegations set forth in Paragraph 27 of the Complaint.

28. Defendants deny the allegations set forth in Paragraph 28 of the Complaint.

29. Defendants deny the allegations set forth in Paragraph 29 of the Complaint.

30. Defendants deny the allegations set forth in Paragraph 30 of the Complaint.

31. Defendants deny the allegations set forth in Paragraph 31 of the Complaint.

32. Defendants deny the allegations set forth in Paragraph 32 of the Complaint.

33. Defendants deny the allegations set forth in Paragraph 33 of the Complaint.

34. Defendants deny the allegations set forth in Paragraph 34 of the Complaint.

35. Defendants deny the allegations set forth in Paragraph 35 of the Complaint.

36. Defendants deny the allegations set forth in Paragraph 36 of the Complaint.

37. Defendants deny the allegations set forth in Paragraph 37 of the Complaint.

38. Defendants deny the allegations set forth in Paragraph 38 of the Complaint.

39. Defendants deny the allegations set forth in Paragraph 39 of the Complaint.

## **FLSA COLLECTIVE ACTION ALLEGATIONS**

40. Defendants neither admit nor deny the allegations set forth in Paragraph 40 of the Complaint.

41. Defendants deny the allegations set forth in Paragraph 41 of the Complaint.

42. Defendants deny the allegations set forth in Paragraph 42 of the Complaint.

43. Defendants deny the allegations set forth in Paragraph 43 of the Complaint.

44. Defendants deny the allegations set forth in Paragraph 44 of the Complaint.

45. Defendants deny the allegations set forth in Paragraph 45 of the Complaint.

46. Defendants deny the allegations set forth in Paragraph 46 of the Complaint.

47. Defendants deny the allegations set forth in Paragraph 47 of the Complaint.

48. Defendants deny the allegations set forth in Paragraph 48 of the Complaint.

49. Defendants deny the allegations set forth in Paragraph 49 of the Complaint.

50. Defendants deny the allegations set forth in Paragraph 50 of the Complaint.

51. Defendants deny the allegations set forth in Paragraph 51 a, b, c, d, e, and f of the Complaint.

52. Defendants deny the allegations set forth in Paragraph 52 of the Complaint.

53. Defendants deny the allegations set forth in Paragraph 53 of the Complaint.

## CLASS ACTION ALLEGATIONS

54. Defendants neither admit nor deny the allegations set forth in Paragraph 54 of the Complaint.

55. Defendants deny the allegations set forth in Paragraph 55 of the Complaint.

56. Defendants deny the allegations set forth in Paragraph 56 a, b, c, d, and e of the Complaint.

57. Defendants deny the allegations set forth in Paragraph 57 of the Complaint.

58. Defendants deny the allegations set forth in Paragraph 58 of the Complaint.

59. Defendants deny the allegations set forth in Paragraph 59 of the Complaint.

60. Defendants deny the allegations set forth in Paragraph 60 of the Complaint.

61. Defendants deny the allegations set forth in Paragraph 61 of the Complaint.

62. Defendants deny the allegations set forth in Paragraph 62 of the Complaint.

63. Defendants deny the allegations set forth in Paragraph 63 of the Complaint.

## CAUSES OF ACTION

### COUNT 1
**Violation of the FLSA: Unpaid Wages and Overtime**

64. Defendants repeat and reiterate each and every response in Paragraphs 1-63 as though more fully set forth at length herein.

65. Defendants deny the allegations set forth in Paragraph 65 of the Complaint.

66. Defendants deny the allegations set forth in Paragraph 66 of the Complaint.

67. Defendants deny the allegations set forth in Paragraph 67 of the Complaint.

68. Defendants deny the allegations set forth in Paragraph 68 of the Complaint.

69. Defendants deny the allegations set forth in Paragraph 69 of the Complaint.

70. Defendants deny the allegations set forth in Paragraph 70 of the Complaint.

71. Defendants deny the allegations set forth in Paragraph 71 of the Complaint.

72. Defendants deny the allegations set forth in Paragraph 72 of the Complaint.

73. Defendants deny the allegations set forth in Paragraph 73 of the Complaint.

## COUNT II
**Violation of the NYLL: Unpaid Wages and Overtime**

74. Defendants repeat and reiterate each and every response in Paragraphs 1-73 as though more fully set forth at length herein.

75. Defendants deny the allegations set forth in Paragraph 75 of the Complaint.

76. Defendants deny the allegations set forth in Paragraph 76 of the Complaint.

77. Defendants deny the allegations set forth in Paragraph 77 of the Complaint.

78. Defendants deny the allegations set forth in Paragraph 78 of the Complaint.

## COUNT III
**Violation of the NYLL:  Notices of Pay Rate**

79. Defendants repeat and reiterate each and every response in Paragraphs 1-78 as though more fully set forth at length herein.

80. Defendants deny the allegations set forth in Paragraph 80 of the Complaint.

81. Defendants deny the allegations set forth in Paragraph 81 of the Complaint.

82. Defendants deny the allegations set forth in Paragraph 82 of the Complaint.

83. Defendants deny the allegations set forth in Paragraph 83 of the Complaint.

84. Defendants deny the allegations set forth in Paragraph 84 of the Complaint.

85. Defendants deny the allegations set forth in Paragraph 85 of the Complaint.

86. Defendants deny the allegations set forth in Paragraph 86 of the Complaint.

## COUNT IV
### Violation of the NYLL:  Inaccurate Wage Statements

87. Defendants repeat and reiterate each and every response in Paragraphs 1-86 as though more fully set forth at length herein.

88. Defendants deny the allegations set forth in Paragraph 88 of the Complaint.

89. Defendants admit the allegations set forth in Paragraph 89 of the Complaint.

90. Defendants deny the allegations set forth in Paragraph 90 of the Complaint.

91. Defendants deny the allegations set forth in Paragraph 91 of the Complaint.

92. Defendants deny the allegations set forth in Paragraph 92 of the Complaint.

93. Defendants deny the allegations set forth in Paragraph 93 of the Complaint.

94. Defendants deny the allegations set forth in Paragraph 94 of the Complaint.

## COUNT V
### Violation of the NYLL:  Spread of Hours Compensation

95. Defendants repeat and reiterate each and every response in Paragraphs 1-95 as though more fully set forth at length herein.

96. Defendants deny the allegations set forth in Paragraph 96 of the Complaint.

97. Defendants deny the allegations set forth in Paragraph 97 of the Complaint.

## COUNT VI
### Violation of the NYLL:  RECORDKEEPING REQUIREMENTS

98. Defendants repeat and reiterate each and every response in Paragraphs 1-97 as though more fully set forth at length herein.

99. Defendants deny the allegations set forth in Paragraph 99 of the Complaint.

100. Defendants deny the allegations set forth in Paragraph 100 of the Complaint.

**FIRST AFFIRMATIVE DEFENSE**

1. The Complaint fails to state a claim, in whole or in part, upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

2. Plaintiff's claims are barred in whole or in part because, at all times relevant hereto, Defendants have acted in good faith and have not violated any rights that may be secured to Plaintiff under any federal, state, or local laws, rules, regulations or guidelines.

**THIRD AFFIRMATIVE DEFENSE**

3. The Complaint and each and every purported cause of action alleged therein is barred in whole or in part by the applicable statutes of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

4. The Complaint and each and every putative cause of action of alleged there may be barred by the doctrine of "unclean hands."

**FIFTH AFFIRMATIVE DEFENSE**

5. Plaintiff's claims are barred in whole or in part by the doctrines of waiver, estoppel, laches, res judicata or ratification.

**SIXTH AFFIRMATIVE DEFENSE**

6. Plaintiff's claims are barred by the parol evidence rule.

**SEVENTH AFFIRMATIVE DEFENSE**

7. Plaintiff's Complaint and each and every purported claim alleged therein is barred because at all times relevant hereto, the Defendants did not require Plaintiff to work any hours without appropriate compensation or otherwise, and Defendants otherwise did not know or have reason to know that Plaintiff worked any hours without appropriate compensation or otherwise.

**EIGHTH AFFIRMATIVE DEFENSE**

8. Plaintiff's claims for violation of the New York Labor Law with respect to wage notices are state court claims not properly brought in Federal Court.

**NINTH AFFIRMATIVE DEFENSE**

9. Plaintiff failed to exercise reasonable diligence to mitigate his harm/damages (if any were in fact suffered, which is expressly denied) and, therefore, is barred from recovering any damages or any damages awarded to him should be reduced accordingly.

**WHEREFORE**, Defendants pray for judgment against Plaintiff as follows:

1. Dismissing the Complaint;

2. For attorneys' fees and costs of suit incurred herein; and

3. For such other and further relief as the Court deems just and proper.

Dated: New York, New York
       February 17, 2026

                        **MORRISON TENENBAUM PLLC**

                        By:  */s/ Lawrence F. Morrison*
                            Lawrence F. Morrison
                            87 Walker Street, Floor 2
                            New York, New York 10013
                            Tel.: (212) 620-0938 x 1002

                        *Counsel to Defendants*

TO:    Emanuel Kataev, Esq.
        Sage Legal LLC
        18211 Jamaica Avenue
        Jamaica, NY 11423-2327
        Tel.: (718) 412-2421

        *Counsel to Plaintiff*