**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
KONSTANTINOS PAPANIKOLAOU,
                                    Plaintiff,


        Against                                              Docket No.: 2:26-cv-00532-
                                                                            JMA-ST


G.P.K. RESTAURANT ENTERPRISES CORP.
*doing business as* Seven Seas Restaurant,
                                    Defendants.
----------------------------------------------------------------X


                        **NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that the undersigned now hereby appears as counsel to

the Defendants, **G.P.K. Restaurant Enterprises Corp.** *doing business as* **Seven Seas**

**Restaurant**, **G.P.K. Restaurant Enterprises Corp.** *doing business as* **Paros Grille, and**

**Demetrios Tsolis** in the above-captioned case and that all notices are given or required to

be given, and all papers served or required to be served, given and served upon:


                        **MORRISON TENENBAUM PLLC**
                            87 Walker Street, Floor 2
                            New York, New York 10013
                        Attn: Joshua Androphy, Esq.
                            Tel.: (212) 620-0938
                        Email: jandrophy@m-t-law.com



Dated: New York, New York
        July 30, 2026




                                        **MORRISON TENENBAUM, PLLC**

                                        By: /s/Joshua Androphy
                                        Joshua Androphy, Esq.
                                        87 Walker Street, Floor 2
                                        New York, New York 10013
                                        Tel.: (212) 620-0938

Email: jandrophy@m-t-law.com