August 12, 2026

<u>BY ECF</u>
Magistrate Judge Steven L. Tiscione
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:    Papanikolaou v. G.P.K. Restaurant Enterprises Corp. et al  2:26-cv-00532**

Dear Judge Tiscione:

We represent the Defendants in this action and write jointly with Plaintiff's attorney to request an adjournment of the initial conference scheduled to take place on August 20, 2026.  This is the first request for an adjournment.

The reasons for the request is that Defendants' attorneys have several previous scheduled matters that conflict with the August 20 initial conference.  The parties suggest August 25, 2026 as an adjourned date for the initial conference by telephone.

We thank the Court for its attention to this matter.


Respectfully submitted,


/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.

M+T