**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 25, 2026 |
| TIME: | 12:30 p.m. |
| DOCKET NUMBER(S): | 26cv532-JMA-ST |
| NAME OF CASE(S): | Papanikolaou v. G.P.K. Restaurant Enterprises Corp. et al. |
| FOR PLAINTIFF(S): | Kataev |
| FOR DEFENDANT(S): | Androphy |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Not Recorded. |

RULINGS FROM Initial Conference :

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 9/21/26;

Completion of Phase I discovery - 10/26/26;

Deadline for motions to join new parties or amend pleadings - 11/23/26;

First requests for production of documents and interrogatories due by - 12/7/26;

All fact discovery to be completed by 5/23/27;

All discovery completed by - 5/24/27;

Final date to take first step in dispositive motion practice - 6/23/27.

At the request of the parties, this case is referred to the Court-Annexed Mediation Program pursuant to Local Rule 83.8. Mediator to be selected by September 8, 2026 and counsel shall electronically file their selection of Mediator with the Court by September 15, 2026. Mediation shall be completed by November 16, 2026. Parties shall file a joint status report by November 20, 2026.