# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**


November 20, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Steven L. Tiscione, U.S.M.J.
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-9014

***Re:*** **Papanikolaou v. G.P.K. Restaurant Enterprises Corp., *et al.***
**Case No.: 2:26-cv-532 (JMA) (ST)**
**Joint Status Report and Letter Motion to Extend Mediation Deadline**

Dear Judge Tiscione:

This office represents the Plaintiff Konstantinos Papanikolaou (hereinafter "Plaintiff") in the above-referenced case. Plaintiff writes jointly with Defendants G.P.K. Restaurant Enterprises Corp. d/b/a Seven Seas Restaurant and G.P.K. Restaurant Enterprises Corp. d/b/a Paros Grille (collectively hereinafter the "Corporate Defendants") and Demetrios Tsolis (hereinafter "Tsolis," and collectively with the Corporate Defendants, the "Defendants") in accordance with this Court's August 25, 2026 Minute Entry and Order (hereinafter the "Order") directing the parties to file a joint status report by November 20, 2026. See ECF Docket Entry ("ECF") 11. The parties also respectfully request a brief extension of the deadline to complete mediation, as set forth below.

## Mediation and Joint Request for Extension of Time

The Order referred this case to this Court's Mediation Program under Local Civil Rule 83.8 and directed that mediation be completed by November 16, 2026. On September 21, 2026, the parties selected Elena Paraskevas-Thadani, Esq. as mediator. When the parties contacted her to schedule the session, however, she advised on September 29, 2026 that she was not available before the deadline. The parties then selected Barry J. Peek, Esq. of Scheinman Arbitration and Mediation Services, whose earliest available date was Tuesday, November 24, 2026, and confirmed a mediation session with him by Zoom on that date at 10:00 a.m. Although the parties agreed at that time to seek an extension of the November 16, 2026 deadline, that request was not filed, and the parties sincerely apologize to this Court for the oversight.

Accordingly, the parties respectfully request that the deadline to complete mediation be extended, *nunc pro tunc*, from November 16, 2026 to December 16, 2026. This is the parties' first request to extend this deadline, and all parties consent. The extension will allow the parties to complete the session already scheduled for November 24, 2026. Because the current deadline for motions to join new parties or amend the pleadings (November 23, 2026) falls one day before the mediation, the parties further request that it be extended to January 8, 2027, and that the deadline for first requests for production of documents and interrogatories be extended from December 7, 2026 to January 22, 2027. No other deadline is affected, and all fact discovery would still be completed by May 23, 2027.

**Discovery**

The parties met and conferred under Rule 26(f) and filed their Discovery Plan Worksheet on August 21, 2026. See ECF 10. Plaintiff served his Rule 26(a)(1) initial disclosures on September 21, 2026, and Defendants served theirs on September 29, 2026. As part of Phase I discovery, Defendants produced payroll records Bates-stamped D0001 through D0087 on October 25, 2026, and additional payroll records Bates-stamped D0088 through D0113 on November 17, 2026. Plaintiff has not yet made any production of documents. No document requests or interrogatories have been served, and no depositions have been noticed.

**Settlement**

The parties will report the outcome of the mediation to this Court within seven (7) days after the session.

The parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York
November 20, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Konstantinos Papanikolaou*

**MORRISON TENENBAUM PLLC**
*/s/ Joshua S. Androphy, Esq.*
Joshua S. Androphy, Esq.
87 Walker Street, Floor 2
New York, NY 10013
(212) 620-0938 (office)
(646) 539-8228 (cellular)
jandrophy@m-t-law.com

*Attorneys for Defendants*
*G.P.K. Restaurant Enterprises Corp.*
*G.P.K. Restaurant Enterprises Corp.*
*and Demetrios Tsolis*